# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2019 KW 1040

VERSUS

STANLEY LINDSEY                                     OCT 18 2019

---

In Re:   Stanley Lindsey, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 03-05-0854.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT GRANTED.** The district court is ordered to act on
relator's application for postconviction relief, filed October
9, 2018, on or before November 18, 2019. A copy of the district
court's action shall be filed in this court on or before
December 2, 2019.

                            **PMc**
                            **JEW**

   **Holdridge, J.,** dissents and would deny the writ
application. Because relator only submitted his answers to the
commissioner's order on August 14, 2019, there has been no
excessive delay.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT